RAMÓN FERRER DELGADO, demandante y recurrente, *v.* GENE-RAL MOTORS CORPORATION, VAILLANT MOTORS CORPORA-TION y CABRERA HERMANOS, INC., demandados y recurridos.

SENTENCIA EN RECONSIDERACIÓN (*)

*Número:* R-70-34      *Resuelto:* 17 de febrero de 1972

Consideradas las mociones de reconsideración de las demandadas, así como la oposición de la parte demandante, se reconsidera la sentencia del Tribunal dictada en 22 de noviembre de 1971, únicamente en cuanto a los siguientes extremos:

(a) Se declaran con lugar las reclamaciones contra co-parte instadas por las codemandadas Vaillant Motors Corporation y Cabrera Hermanos, Inc., contra la co-demandada General Motors Corporation.

(b) Se condena a la General Motors Corporation a pagarle a las co-demandadas Vaillant Motors Corporation y Cabrera Hermanos, Inc., cualquier suma que en virtud de la sentencia del Tribunal estas co-demandadas vengan obligadas a pagar al demandante.

(c) Se condena a la demandada Cabrera Hermanos, Inc., a que se haga cargo del automóvil objeto de este litigio con la obligación de entregar su posesión y dominio a la General Motors Corporation una vez pagado por ésta el importe de la sentencia, según se dispone en el apartado (b) que antecede.

Quedan en todo vigor y efecto todos los demás pronunciamientos de la sentencia anterior.

Así lo pronunció y manda el Tribunal y certifica el Secretario. El Juez Presidente, Señor Negrón Fernández, no intervino.

(Fdo.) José L. Carrasquillo

*Secretario*

---

(*) NOTA DEL COMPILADOR: La sentencia original en este caso aparece en 100 D.P.R. 246, 258. Véase además 101 D.P.R. XCI.